**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____

RYAN GOMEZ and FRPP
ENTERPRISES, LLC,

      Plaintiffs,

v.                                                                    Case No.24-525 MLG/SCY

CULLEN RAICHART and
GREENBROZ, INC.,

      Defendants,

and

GREENBROZ, INC.,

      Third-Party Plaintiff,

v.

LEAD TECHNOLOGY, LTD.,

      Third-Party Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED
FINDINGS AND RECOMMENDED DISPOSITION**

      Magistrate Judge Steven C. Yarbrough filed the Proposed Findings and Recommended

Disposition ("PFRD") on July 9, 2025. Doc. 73. This PFRD recommends the Court strike Third-

Party Defendant Lead Technology's Answer (Doc. 62). The PFRD further recommends that Third-

Party Plaintiff Greenbroz, Inc. follow the two-step process under Federal Rule of Civil Procedure

55 to request an entry of default and default judgment. The PFRD notified the parties of their

ability to file objections within fourteen days and that failure to do so waived appellate review.

Doc. 73. No objections were filed to the PFRD.

      It is therefore ordered as follows:

1.    Judge Yarbrough's Proposed Findings and Recommended Disposition, Doc. 73, is adopted;

2.    Third-Party Defendant Lead Technology's Answer, Doc. 62, is stricken from the record; and

3.    Third-Party Plaintiff Greenbroz may procced with the process outlined in Federal Rule of Civil Procedure 55 to request an entry of default and default judgment.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA